**Vincente A. MENCHACA, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7112.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 6, 2002.

Before CLEVENGER, SCHALL, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.